IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 29 1998

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| CLARENCE LEE BRANDLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-91-3574 |
| | § | |
| MONTGOMERY COUNTY, | § | |
| | § | |
| Defendant. | § | |

FINAL JUDGMENT

For the reasons set forth in the separate Memorandum and Order signed by the Court this day it is

ORDERED and ADJUDGED that Montgomery County's Motion for Summary Judgment is GRANTED, and all of Plaintiff's remaining claims under 42 U.S.C. §§ 1981 and 1983 are DISMISSED on the merits.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Final Judgment and send copies to all counsel of record.

SIGNED at Houston, Texas, this 28TH day of January, 1998.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

195